# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -- )
)
M.E.S., Inc. ) ASBCA Nos. 56370, 56371, 56911
) 56913, 57176, 57177
) 57178, 57179, 57180
) 57182, 57183, 57184
) 57185, 57186, 57188
) 57190, 57191, 57212
) 57213, 57214, 57215
) 57216, 57217, 57218
) 57222, 57223
Under Contract No. W912DS-06-C-0023 )

APPEARANCES FOR THE APPELLANT: Christopher M. Harris, Esq.
Vivian Katsantonis, Esq.
  Watt, Tieder, Hoffar & Fitzgerald, L.L.P.
  McLean, VA

APPEARANCES FOR THE GOVERNMENT: Thomas H. Gourlay, Jr., Esq.
  Engineer Chief Trial Attorney
Lorraine C. Lee, Esq.
  District Counsel
H. Weston Miller, Esq.
  Assistant District Counsel
  U.S. Army Engineer District, New York

## ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: 20 October 2015

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 56370, 56371, 56911, 56913, 57176, 57177, 57178, 57179, 57180, 57182, 57183, 57184, 57185, 57816, 57188, 57190, 57191, 57212, 57213, 57214, 57215, 57216, 57217, 57218, 57222, 57223, Appeals of M.E.S., Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

2